## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

LISA SALAS, as parent and next
friend of ORLANDO SALAS,

      Plaintiff,

vs.   No. CIV 08-1184 JB/RLP

MATTHEW BRIGHAM, MARISA BEE,
TERRI RHUE, EMANUEL RODRIGUEZ,
and LUCY DeLUNA, each in their individual
capacity, and the BOARD OF COUNTY
COMMISSIONERS OF CURRY COUNTY,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) the Stipulation of Dismissal (Emanuel Rodriguez), filed October 7, 2010 (Doc. 264); (ii) the Court's Order Dismissing Matthew Brigham, Marisa Bee, Terri Rhue and Lucy DeLuna with Prejudice, filed December 28, 2010 (Doc. 287); and (iii) the Court's Order Dismissing the Board of County Commissioners of Curry County, filed December 29, 2010 (Doc. 290). Because the Stipulation of Dismissal, the Court's Dec. 28, 2010 Order, and the Court's Dec. 29, 2010 Order resolve all matters before it, the Court now enters final judgment in this matter.

**IT IS ORDERED** that final judgment is entered, and that Plaintiff Lisa Salas' claims against Defendants Matthew Brigham, Marisa Bee, Terri Rhue, Lucy DeLuna, and the Board of County Commissioners of Curry County are dismissed with prejudice.

                                                                                  _____
                                                                                  UNITED STATES DISTRICT JUDGE

*Counsel:*

Matthew Coyte
Coyte Law, P.C.
Albuquerque, New Mexico

-- and --

Adam S. Baker
Taos, New Mexico

        *Attorneys for the Plaintiff*


Daniel J. Macke
Erika E. Anderson
Robles, Rael & Anaya, P.C.
Albuquerque, New Mexico

        *Attorneys for the Defendants Matthew Brigham, Terri Rhue, Emanuel Rodriguez, Lucy*
          *DeLuna, and Board of County Commissioners of Curry County*

Mary T. Torres
Beall & Biehler
Albuquerque, New Mexico

        *Attorneys for Defendant Marisa Bee*